UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William Boudreau,

    Plaintiff,

V.

    Civil No. 24-11009
    Hon. Sean F. Cox

Experian Information Solutions, Inc.,

    Defendant.

_____/

## ORDER DISMISSING CASE

Upon review of the stipulation filed on August 8, 2024;

IT IS HEREBY ORDERED that the above captioned case is Dismissed with Prejudice.

SO ORDERED

    s/Sean F. Cox
    Sean F. Cox
    United States District Judge

Dated: August 26, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 26, 2024, by electronic and/or ordinary mail.

    s/Jennifer McCoy
    Case Manager